FILED

08/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0422

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JACK ELDON JARVEY,

      Defendant and Appellant.

## ORDER

Upon consideration of Counsel's motion to dismiss the above entitled cause due to Appellant's death, and good cause appearing,

IT IS HEREBY ORDERED that the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 12 2021